IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TROY M. HILL,**

   *Plaintiff*,

v.                                      Case No.: 4:23cv61-MW/MAF

**JEFFREY MAZERAC, et al.,**

   *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 37. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 37, is **accepted and adopted** as this Court's opinion. The Defendants' motion to dismiss, ECF No. 34, is **DENIED**. The claims that Defendants Rodgers and Mazerac used excessive force in violation of the Fourth Amendment may **PROCEED** against these Defendants solely in their individual capacities. This case is remanded to the Magistrate Judge for further

proceedings consistent with this Order.

**SO ORDERED on February 12, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
